UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| DAVID BALL )<br>)<br>　　*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>LABORATORY CORPORATION OF )<br>AMERICA )<br>)<br>　　*Defendant* ) | CASE NO. 3:22-cv-184-RGJ |

## NOTICE OF REMOVAL

Defendant Laboratory Corporation of America ("Labcorp"), by counsel, for its Notice of Removal of this action from the Jefferson Circuit Court, Jefferson County, Kentucky, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully states as follows:

1.　　On January 7, 2022, Plaintiff filed an action against Labcorp, which is currently pending in the Jefferson Circuit Court, Civil Action No. 22-CI-000083. Labcorp was served with summons on January 12, 2022. Labcorp filed its Answer on February 1, 2022.

2.　　This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) and (c) because there is diversity of citizenship between the parties and the total amount in controversy exceeds the jurisdictional minimum of $75,000, though Labcorp denies liability to Plaintiff for damages in any amount.

3.　　Plaintiff is a citizen of Kentucky.

4.　　In accordance with 28 U.S.C. § 1332(c)(1), Labcorp is a citizen of Delaware, its state of incorporation, and North Carolina, where it has its principal place of business.

1

5. The amount in controversy as to Plaintiff's claims against Labcorp is legally certain to exceed $75,000, exclusive of interest in costs, as confirmed by Plaintiff's March 21, 2022 interrogatory responses attached hereto as <u>Exhibit A</u>

7. This case arises from an incident in which Plaintiff purportedly sustained injury on February 25, 2021 when suffered a vasovagal episode following a blood draw at Labcorp's facility within the Baptist Health Medical building at 2400 Eastpoint Parkway, Louisville, Kentucky.

8. In the Complaint, Plaintiff seeks unspecified damages for personal injury.

9. On March 21, 2022, Plaintiff served his responses to Labcorp's First Set of Interrogatories and Requests for Production in which he first confirmed that he is seeking damages in excess of $75,000 [Ex. A].

10. When removability is not readily apparent from the initial pleading, a notice of removal must be filed within thirty (30) days after receipt of a "copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case . . . has become removable." <u>28 U.S.C. § 1446(b)(3)</u>. This Notice of Removal is being filed on April 4, 2022, within thirty (30) days of service of Plaintiff's written discovery responses confirming the amount in controversy exceeds $75,000, exclusive of interest and costs.

11. A copy of all process, pleadings and orders served as of the date of the filing of this Notice of Removal are attached hereto as <u>Exhibit B</u>.

12. Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate were mailed to Plaintiff's counsel today.

13. True and correct copies of the pleadings enumerated will be filed with the Clerk of the Jefferson Circuit Court.

WHEREFORE, Defendant Laboratory Corporation of America respectfully requests the removal of this action from the Jefferson Circuit Court to this Court for all other appropriate procedures.

Respectfully submitted,

/s/ Emily C. Lamb
Emily C. Lamb
BLACKBURN DOMENE & BURCHETT, PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
Tel: 502-584-1600
Fax: 502-584-9971
elamb@bdblawky.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing Notice of Removal was sent to the following via U.S. mail, postage prepaid, on this 4th day of April 2022:

James M. Bolus
Bolus Law Offices
600 W. Main Street, Suite 500
Louisville, KY 40202
Tel: 502.584.1210
Fax: 502.584.1212
bo@boluslaw.com

*Counsel for Plaintiff*

      */s/ Emily C. Lamb*
      *Counsel for Defendant*