# EXHIBIT A

Filed                    22-CI-000083      03/21/2022         David L. Nicholson, Jefferson Circuit Clerk

NO. 22-CI-000083                        JEFFERSON CIRCUIT COURT
                                                                                             DIVISION TEN (10)
                                                            JUDGE ANGELA MCCORMICK BISIG

DAVID BALL                                                                           PLAINTIFF

v.

LABORATORY CORPORATION OF                            DEFENDANT
AMERICA HOLDINGS

## PLAINTIFF'S RESPONSES TO DEFENDANT'S
## FIRST SET OF INTERROGATORIES AND REQUEST FOR
## PRODUCTION OF DOCUMENTS
*"Filed Electronically"*

Comes now the Plaintiff, David Ball, by and through counsel, and for his Responses to the Interrogatories and Request for Production from Defendant, Laboratory Corporation of America Holdings., states as follows:

### INTERROGATORIES

**INTERROGATORY NO. 1:** State the full name, including any former names or aliases, present and past residential addresses, date and place of birth, and social security number of David Ball.

ANSWER: David Christian Ball, II, born in Muncie, Indiana. David has resided at 2106 Meadow Brook Drive, LaGrange, KY 40031 since September 2014. He previously resided at 8604 Everett Rush Court, Louisville, KY 40228 from 2005 to 2014.

David's date of birth and social security number will be provided under separate cover.

**INTERROGATORY NO. 2:** Provide your complete employment history within the last ten (10) years, including the identity and nature of each employer or business, dates of commencement and termination of employment, the address of the employer, job classification, title, or position with a brief description of her duties and responsibilities, the name and address of

Filed                    22-CI-000083      03/21/2022         David L. Nicholson, Jefferson Circuit Clerk

ANSWER:   Please see response to Interrogatory No. 4 for a list of Plaintiff's medical providers.

**INTERROGATORY NO. 15:**   Pursuant to Trial Rule 8, please state the amount David Ball is seeking for:

    a. Lost wages;

    b. Past medical costs and expenses;

    c. Future medical costs and expenses;

    d. Pain, suffering, and mental anguish (past, present and future); and

    e. Any other item of damage she claims (including a description of the item and the amount claimed).

ANSWER:

| | |
|---|---|
| Past medical bills | $9,409.18 (bills received to date) |
| Future medical bills | May supplement with expert proof |
| Lost wages | May supplement with expert proof |
| Pain and suffering | $1,000,000 |
| Punitive damages | $2,000,000 |

Plaintiff reserves the right to supplement as discovery proceeds.

**INTERROGATORY NO. 16:**   If David Ball has ever become eligible for, applied for, or received any Medicare and/or Social Security Disability benefits or coverage at any time, please identify the following:

    a. Date of eligibility for benefits;

    b. Date of application for benefits;

    c. Date of approval for benefits and the current amount of benefit or type of coverage that you receive; and

## VERIFICATION

I, David Ball, hereby verify that I have read the foregoing answers to interrogatories and that they are true and accurate to the best of my knowledge and belief.

_____
DAVID BALL

STATE OF KENTUCKY  )
                   )
COUNTY OF Jefferson )

Subscribed and sworn to before me by David Ball on this the 16th day of March, 2022.

My commission expires: June 14, 2025

_____ KYNP31471
NOTARY PUBLIC, KENTUCKY
STATE-AT-LARGE

13