FILED
JAMES J. VILT, JR. - CLERK

DEC 15 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAVID BALL                                                                                    Plaintiff

v.                                                              CIVIL ACTION NO. 3:22-CV-184-RGJ

LABORATORY CORPORATION OF                                                      Defendant
AMERICA

# VERDICT FORM

1

## INTERROGATORY 1

### COUNT 1

### NEGLIGENCE OF LABCORP

We, the jury, are satisfied from the evidence that Keiyuana Venson/Shannon Gonzalez were negligent in attending to David Ball before, during, or after the blood draw.

✓ YES          ___ NO

_____339_____
FOREPERSON'S JUROR NUMBER

DATE 12/15/23

**If you answered YES to Interrogatory 1, please proceed to Interrogatory 2.**

**If you answered NO to Interrogatory 1, please notify the Court Security Officer that your deliberations are at an end.**

2

## INTERROGATORY 2

### CONTRIBUTORY NEGLIGENCE OF DAVID BALL

We, the jury, are satisfied from the evidence that David Ball was negligent in caring for his own health and safety before and during the blood draw.

_____ YES       ✓ NO

_____339_____
FOREPERSON'S JUROR NUMBER

DATE 12/15/23

### COMPARATIVE FAULT

You will determine from the evidence and indicate in the following blank spaces what percentage of total fault was attributable to each of the parties you find to have been at fault, as follows:

Keiyuana Venson/Shannon Gonzalez:   __100__ %
David Ball:   __0__ %

_____339_____
FOREPERSON'S JUROR NUMBER

DATE 12/15/23

3

If you assessed any percentage of fault to Keiyuana Venson/ Shannon Gonzalez on Interrogatory 2, please proceed to Interrogatory 3.

If you assessed zero (0) percentage of fault to Keiyuana Venson/ Shannon Gonzalez on Interrogatory 2, please notify the Court Security Officer that your deliberations are at an end.

## INTERROGATORY 3

Using the measure of compensatory damages set forth on page 13 of the Jury Instructions, state the total amount of damages Plaintiff David Ball is entitled to recover without regard to any contributory fault.

We, the jury, are satisfied from the evidence that the following sums will fairly and reasonably compensate Ball for the injury he sustained as a result of Venson/Gonzalez's actions:

(1) Reasonable medical expenses incurred as a result of this incident (not to exceed $11,227.83).    $ 11,227.83

(2) Necessary medical expenses that are reasonably certain to be incurred in the future as a result of this incident (not to exceed $150,000.00).    $ 5,000.00

(3) Compensation for any physical or mental pain and suffering you believe from the evidence that Plaintiff has sustained and/or will continue to sustain in the future because of the defendant's conduct (not to exceed $1,000,000.00).    $ 72,000.00

TOTAL ((1)+(2)+(3))    $ 88,227.83



DATE 12/15/23

339

FOREPERSON'S JUROR NUMBER

Please notify the Court Security Officer that your deliberations are at an end.