UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| DAVID BALL | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | CASE NO. 3:22-cv-00184-RGJ-LLK |
| | ) ) | |
| LABORATORY CORPORATION OF AMERICA | ) ) ) | |
| *Defendant* | ) | |

## JOINT JUDGMENT

This matter was tried before a duly empaneled jury on December 11, 2023, through December 15, 2023. On December 15, 2023, the jury returned a verdict in favor of the Plaintiff, David Ball, and against the Defendant, Laboratory Corporation of America ("Labcorp").

Consistent with the verdict, it is HEREBY ORDERED ADJUDGED that judgment in the amount of Eighty-Eight Thousand Two Hundred and Twenty-Seven Dollars and Eighty-Three Cents ($88,227.83) is entered in favor of the Plaintiff David Ball against the Defendant, Labcorp.

Rebecca Grady Jennings, District Judge
United States District Court

DATE: January 3, 2024

*/s/ Gregory S. Smithkier*
David Domene
Gregory S. Smithkier
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, Kentucky 40202
(502) 584-1600
(502) 584-9971(facsimile)
ddomene@bdblawky.com
gsmithkier@bdblawky.com
*Counsel for Defendant*


*/s/ Brennan Soergel (w/permission)*
James M. Bolus
Brennan Soergel
Bolus Law Offices
600 W. Main Street, Suite 500
Louisville, KY 40202
Tel: 502.584.1210
Fax: 502.584.1212
bo@boluslaw.com
brennan@boluslaw.com
*Counsel for Plaintiff*